RONALD K. JONES et al., Respondents, v JOHN DILLON, Individually and as Sheriff of Onondaga County, et al., Defendants, and FREEMAN BUCKTOOTH, JR., et al., Appellants. Present —Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.